971 A.2d 490

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Anthony ABRUE, Petitioner.**

Supreme Court of Pennsylvania.

May 1, 2009.

## ORDER

PER CURIAM.

**AND NOW,** this 1st day of May, 2009, the Petition for Allowance of Appeal is placed on hold pending resolution of *Commonwealth v. Allshouse,* 55 WAP 2008.